**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAUL MATHIAS KORNEXL,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:04-cv-944-Orl-22KRS**

**ALBERT W. BAILEY, d/b/a:  Bailey**
**Trucking and Excavating,**

        **Defendant.**

_____

**ORDER**

This cause came on for consideration after oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS (Doc. No. 16)**
>
> **FILED:**       **July 11, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

The motion is **GRANTED** only as follows:  Defendant shall produce for inspection and copying all documents within his possession, custody and control regarding work performed by the Plaintiff, and any other documents related to days on which the Defendant was, or was not, able to work, on or before September 9, 2005.  Also, on or before September 9, 2005, the Defendant shall provide counsel for the Plaintiff with the name and, if known, the address and telephone number of each individual likely to have discoverable information that the Defendant may use to support his defense, and a summary of the information known by each person so identified.

In all other respects, the motion is **DENIED** without prejudice to renewing it, if necessary, after a good faith conference conducted in an attempt to resolve the remaining issues.

**DONE** and **ORDERED** in Orlando, Florida on August 17, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties