# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAUL MATHIAS KORNEXL,**

        **Plaintiff,**

-vs-                                      Case No. 6:04-cv-944-Orl-22KRS

**ALBERT W. BAILEY, d/b/a: Bailey Trucking and Excavating,**

        **Defendant.**

## ORDER

This cause came on for consideration by the Court *sua sponte*. Because I participated in private discussions with the parties in the course of settlement negotiations, I hereby recuse myself as the magistrate judge in this case. I will remain available, however, to conduct any follow-up settlement discussions. Accordingly, I ask the Clerk of Court to assign this case to another magistrate judge.

**DONE** and **ORDERED** in Orlando, Florida this 18th day of November, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties